UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUNA MATHURIN,

        Plaintiff,

v().                        Case No:  6:13-cv-1263-Orl-36GJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____/

**O R D E R**

Before the Court is the Joint Motion for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 19).  In accord with the Joint Motion for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Motion for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is **GRANTED** (Doc. 19).

2) This cause is dismissed, without prejudice, each party to bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on September 25, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record